# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CORBIN DIVISION

IN RE:

**SCOTT L. BRASHEAR**　　　　　　　　　　　　　　　　**CASE NO. 13-60187**
**a/k/a SCOTTY L. BRASHEAR**
**JESSICA R. BRASHEAR**

**DEBTORS**　　　　　　　　　　　　　　　　　　　　　**CHAPTER 7**

## MOTION TO COMPEL

Come the Debtors, by counsel, and move the Court to compel 84 Lumber Company LP to release its mechanic's lien. The Debtors filed their Chapter 7 petition on February 12, 2013. The mechanic's lien was recorded on September 20, 2012 in Book 8, Pages 327-329 of the Perry County Clerk's Office, Perry County, Kentucky. Since the mechanic's lien was recorded prior to the Debtors filing for bankruptcy protection, once the Debtors receives their discharge the mechanic's lien will not survive the bankruptcy.

WHEREFORE, based on the foregoing, the Debtors request that the Court compel 84 Lumber Company LP to release its mechanic's lien within 30 days of the entry of the discharge.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ John M. Simms
　　　　　　　　　　　　　　　　　　　　JOHN M. SIMMS
　　　　　　　　　　　　　　　　　　　　Bar ID# 86049
　　　　　　　　　　　　　　　　　　　　Atkinson, Simms & Kermode PLLC
　　　　　　　　　　　　　　　　　　　　1608 Harrodsburg Rd.
　　　　　　　　　　　　　　　　　　　　Lexington, Kentucky 40504
　　　　　　　　　　　　　　　　　　　　(859) 225-1745 Telephone
　　　　　　　　　　　　　　　　　　　　(859) 254-2012 FAX
　　　　　　　　　　　　　　　　　　　　jms@ask-law.com
　　　　　　　　　　　　　　　　　　　　COUNSEL FOR DEBTORS

## NOTICE

Please take notice that, unless within 14 days of the date of service of this motion, you, as the lienholder, file a response to the motion and a request for and notice of hearing on the response, an order may be entered without a hearing sustaining the motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically or by mailing same to:

Trustee

Nathan J. Mancuso
84 Lumber Company LP
1019 Route 519 Bldg #2
Eighty Four, PA 15330

CT Corporation System
Registered Agent for 84 Lumber Company LP
306 W. Main Street, Ste. 512
Frankfort, KY 40601

on this the 13th day of May 2013.

/s/ John M. Simms
JOHN M. SIMMS